UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GJON MHILLI,<br><br>            Petitioner,<br><br>        -v.-<br><br>LADEON FRANCIS, TODD LYONS,<br>SECRETARY KRISTI NOEM, PAMELA<br>BONDI,<br><br>            Respondents. | 26 Civ. 392 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 15, 2026, Petitioner, through his next friend Tommy Mhilli,
filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court,
having examined the petition in this action, hereby ORDERS that:

(i)     On or before **January 16, 2026**, the Government shall file a letter
with the following information:

    a. Petitioner's A-number and current place of detention;

    b. The statutory provision(s) under which Respondents assert the
authority to detain Petitioner;

    c. A copy of any final order of removal;

    d. Any information regarding the procedural posture of any pending
Department of Homeland Security or Executive Office for
Immigration Review proceedings; and

    e. An indication of whether this case is distinguishable from previous
cases decided by this Court or any other Court in this district.

*See, e.g., Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF); *Villarreal Obregon* v. *Francis*, No. 25 Civ. 9465 (KPF).

(ii)    On or before **January 20, 2026**, the Government shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

(iii)    Petitioner shall have the opportunity to reply on or before **January 27, 2026**.

(iv)    The parties shall appear for a conference regarding the petition on **February 4, 2026**, at **4:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioner at this hearing.

(v)    To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal. *See, e.g., M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed … when a stay is necessary to preserve the Court's jurisdiction of the case.").

(vi)    Moreover, to facilitate resolution of the petition, Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of the New York City area).

(vii)   The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following email address:

jeffrey.oestericher@usdoj.gov.

(viii)  The Clerk of Court shall email a copy of this Order to tmhilli29@gmail.com, and to mail a copy of this Order to the following address:

> Tommy Mhilli
> 5712 Norway Spruce Drive
> Shelby Township, MI 48317

(ix)    Next friend may receive court documents by email automatically by completing the Consent to Electronic Service form.

SO ORDERED.

Dated:  January 15, 2026
        New York, New York

KATHERINE POLK FAILLA
United States District Judge

3