UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GJON MHILLI,

                Petitioner,

      -v.-

LADEON FRANCIS, TODD LYONS,
SECRETARY KRISTI NOEM, PAMELA
BONDI,

                Respondents.

26 Civ. 392 (KPF)

**ORDER GRANTING HABEAS PETITION**

KATHERINE POLK FAILLA, District Judge:

    For the reasons set forth in the Court's oral decision on February 4, 2026, Petitioner Gjon Mhilli's habeas petition is GRANTED.  Respondents are hereby ORDERED to immediately release Mr. Mhilli from custody, return his property to him, and certify compliance with this Order by filing an entry on the docket no later than **February 5, 2026**, at **12:00 p.m.**

    The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:  February 4, 2026
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge