UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GJON MHILLI,

Petitioner,

-v.-

LADEON FRANCIS, TODD LYONS,
SECRETARY KRISTI NOEM, PAMELA
BONDI,

Respondents.

26 Civ. 392 (KPF)

**IMMEDIATE RELEASE ORDER**

KATHERINE POLK FAILLA, District Judge:

United States Immigration and Customs Enforcement ("ICE") is hereby

ORDERED to release Petitioner Gjon Mhilli, A014-934-611, from federal

custody subject to his existing supervised release conditions.

SO ORDERED.

Dated:   February 4, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge