**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

GJON MHILLI,

|  |  |  |
|---|---|---|
| | Petitioner, | 26 **CIVIL** 392 (KPF) |

-against-                                                    **JUDGMENT**

LADEON FRANCIS, TODD LYONS,
SECRETARY KRISTI NOEM, PAMELA
BONDI,

|  |  |
|---|---|
| | Respondents. |

-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 4, 2026 and Memo Endorsement dated February 5,

2026, Petitioner Gjon Mhilli's habeas petition is GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
          February 6, 2026

                             **TAMMI M. HELLWIG**

                             **Clerk of Court**

             BY:

                             **Deputy Clerk**